CLARENCE & DYER LLP
EDWIN K. PRATHER (State Bar No. 190536)
899 Ellis Street
San Francisco, California 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694
Email: eprather@clarencedyer.com

Attorneys for Defendant
JEFFREY DAVID SCHINKEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 3-08-70839 EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE** |
| v. | |
| JEFFREY DAVID SCHINKEL, | |
| Defendant. | |

    In this proposed stipulated order, the parties jointly request that the Court continue the matter currently set for preliminary hearing setting or arraignment for January 14, 2009, to January 15, 2009.

    The one day continuance is necessary as Edwin Prather, Mr. Schinkel's defense counsel, is unavailable on January 14, 2009, to due a commitment in another, out-of-county criminal matter. Assistant U.S. Attorney Denise Barton joins in this request due to defense counsel's unavailability.

    The Court's Clerk indicated the Court's availability on January 15, 2009.

    Additionally, at the last calling of this case, on December 16, 2008, Mr. Schinkel

Page 1

Stipulation and [Proposed] Order For Continuance [Case No: CR 3-08-70839 EMC]

1  consented to the deferral of his right, under Federal Rule of Criminal Procedure 5.1(a), (c), and
2  (d), to a preliminary hearing within 10 days or to be charged by indictment, until January 14,
3  2009.  Mr. Schinkel consents to a further deferral of his right to a preliminary hearing or to be
4  charged by indictment, one additional day to January 15, 2009.
5        Therefore, for good cause shown, the court date for preliminary hearing setting or
6  arraignment in the above-captioned matter should be continued from January 14, 2009, to
7  January 15, 2009, at 9:30 a.m.
8        IT IS SO STIPULATED.
9
10 Dated: January 6, 2009
11                                  /s/
12                                  EDWIN K. PRATHER
                                    Attorney for Defendant Jeffrey D. Schinkel
13 Dated: January 6, 2009
14                                  /s/
15                                  DENISE M. BARTON
                                    Assistant U.S. Attorney
16
17
18 IT IS SO ORDERED.
19
20 Dated: January  9 , 2009

IT IS SO ORDERED
*Elizabeth D. Laporte*
U.S. Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 2

Stipulation and [Proposed] Order For Continuance [Case No: CR 3-08-70839 EMC]