1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2
    BRIAN STRETCH (CABN 163973)
3   Chief, Criminal Division

4   DENISE MARIE BARTON (MABN 634052)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7359
7       Facsimile: (415) 436-7234
        denise.barton@usdoj.gov
8
    Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )   CR No. 09-0033 WHA
                                     )
15          Plaintiff,               )   STIPULATION AND [PROPOSED] ORDER
                                     )   EXCLUDING TIME FROM FEBRUARY 3,
16      v.                           )   2009 THROUGH MARCH 31, 2009
                                     )
17  JEFFREY DAVID SCHINKEL,          )
                                     )
18          Defendant.               )
                                     )
19  _____ )

20          On February 3, 2009, the parties in this case appeared before the Court and stipulated that

21  time should be excluded from the Speedy Trial Act calculations from February 3, 2009 through

22  March 31, 2009.  The parties represented that the case involved extensive computer-based

23  discovery on which forensic analysis was on-going and that granting the continuance was

24  //

25  //

26  //

27  //

28  UNITED STATES V. SCHINKEL,
    CR No. 09-0033 WHA,
    STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
                                    1

necessary for effective preparation of counsel to afford counsel time to analyze and review this discovery, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: April 1, 2009        /s/
DENISE MARIE BARTON
Assistant United States Attorney

DATED: April 1, 2009        /s/
EDWIN PRATHER
CRAIG BESSENGER
Attorney for JEFFREY DAVID SCHINKEL

As the Court found on February 3, 2009, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from February 3, 2009 through March 31, 2009 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____April 3, 2009_____

IT IS SO ORDERED

Judge William Alsup

_____
HONORABLE WILLIAM H. ALSUP
United States District Court Judge

UNITED STATES V. SCHINKEL,
CR No. 09-0033 WHA,
STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME