JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 09-0033 WHA |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME** |
| v. ) | |
| ) | |
| JEFFREY D. SCHINKEL, ) | |
| ) | |
| Defendant. ) | |

    On April 14, 2009, the parties in this case appeared before the Court for identification of counsel and a detention hearing. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from April 14, 2009, through May 5, 2009, for effective preparation of defense counsel. The parties represented that granting the continuance would allow the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best

//

1 | interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).
2 | SO STIPULATED:

3 | JOSEPH P. RUSSONIELLO
  | United States Attorney

4 |

5 | DATED: May 5, 2009       /s/
  | _____
6 | OWEN P. MARTIKAN
  | Assistant United States Attorney

7 |

8 | DATED: May 5, 2009       /s/
  | _____
  | EDWIN K. PRATHER
9 | Attorney for Jeffrey D. Schinkel

10 |

11 | **[PROPOSED] ORDER**

12 | As the Court found on April 14, 2009, and for the reasons stated above, an exclusion of time from April 14, 2009, through May 5, 2009, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

20 | SO ORDERED.

22 | DATED: May 6, 2009

23 | _____
  | HON. WILLIAM H. ALSUP
  | United States District Judge

IT IS SO ORDERED
Judge William Alsup

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 09-0033 WHA