1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 09-0033 WHA |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE SENTENCING** |
| v. | |
| JEFFREY D. SCHINKEL, | |
| Defendant. | |

This case was previously set for sentencing on Tuesday, May 11, 2010, at 9:00 a.m. In order to provide the Probation Officer with the additional time that she requires to prepare the initial Pre-Sentence Report, the parties stipulate and request that the Court continue the sentencing in this case until Tuesday, June 8, 2010, at 9:00 a.m.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 14, 2010            _____/s/_____
OWEN MARTIKAN
Assistant United States Attorney

1  Dated: April 14, 2010                              _____/s/_____
2                                                    EDWIN PRATHER
                                                     Attorney for Defendant
3                                                    JEFFREY D. SCHINKEL

4

5                              **[PROPOSED] ORDER**

6          GOOD CAUSE APPEARING and per the parties' stipulation, the sentencing

7  hearing in this case is hereby continued until June 8, 2010, at 2:00 p.m.

8  IT IS SO ORDERED.

9          April 19, 2010.
10  Dated: _____        _____
                                         HON. WILLIAM H. ALSUP
11                                       U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*

STIPULATION AND [PROPOSED] ORDER
RE SENTENCING [Case No.: CR 09-0033 WHA]                                    2