UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 09-0033 WHA |
| Plaintiff, | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JEFFREY DAVID SCHINKEL, | |
| Defendant. | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on June 23, 2009, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a.  (1) one White Apple Mac Laptop, Serial No. W872479HTA3,

pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant,

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 09-0033 WHA                                    1

having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel with (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e); and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this __6__ day of __July__ 2015.

_____
WILLIAM ALSUP
United States District Judge