BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
STEPHANIE M. HINDS (CABN 154284)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: 415.436.7200
    FAX: 415.436.7234
    owen.martikan@usdoj.gov
    stephanie.hinds@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 09-0033 WHA |
|---|---|
| Plaintiff, | ) |
| | ) **APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE** |
| v. | ) |
| JEFFREY DAVID SCHINKEL, | ) |
| Defendant. | ) |

On July 06, 2015, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

    a. (1) one White Apple Mac Laptop, Serial No. W872479HTA3,

pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3).

The Preliminary Order required the United States to publish notice of the Order and otherwise direct written notice to all persons known to have an interest in said property. Beginning on July 08, 2015, the United States published notice of the forfeiture action on www.forfeiture.gov, a government website for at least thirty days, notice of this Order and notice of the government's intent to dispose of

1  the property in accordance with the law. The notice also advised potential third parties of their right to
2  petition the Court within (30) days for a hearing to adjudicate the validity of their legal interest in the
3  property.
4      The United States represents that no petitions have been filed.
5      Therefore, the United States respectfully requests that the Court enter the proposed Final Order
6  of Forfeiture, directing that the property described above be forfeited to the United States, pursuant to
7  Title 18, United States Code, Section 2253(a)(1) and (a)(3).
8  Dated: 9/23/15

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

_____
OWEN P. MARTIKAN
STEPHANIE M. HINDS
Assistant United States Attorneys

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY DAVID SCHINKEL,<br><br>    Defendant. | **CASE NO. CR 09-0033 WHA**<br><br>[PROPOSED] **FINAL ORDER OF FORFEITURE** |

On July 06, 2015, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

    a.   (1) one White Apple Mac Laptop, Serial No. W872479HTA3,

pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3).

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

**THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated:  September 28, 2015.

_____
WILLIAM ALSUP
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 13-0184 CW                                    1